IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bonk, Theresa Mary

Printed: 03/10/09

Case Number:  05 B 30825
Judge:  Goldgar, A. Benjamin
Filed:  8/5/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: February 19, 2009
Confirmed: October 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 61,889.32 | |
| Secured: | | 30,799.16 |
| Unsecured: | | 22,289.59 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,226.25 |
| Other Funds: | | 2,874.32 |
| Totals: | 61,889.32 | 61,889.32 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | CitiMortgage Inc | Secured | 30,799.16 | 30,799.16 |
| 3. | Nordstrom | Unsecured | 1,770.70 | 1,919.84 |
| 4. | Lord & Taylor | Unsecured | 474.82 | 514.76 |
| 5. | RoundUp Funding LLC | Unsecured | 511.87 | 554.97 |
| 6. | Sears Roebuck & Co | Unsecured | 3,529.39 | 3,826.56 |
| 7. | ECast Settlement Corp | Unsecured | 2,143.97 | 2,324.47 |
| 8. | Resurgent Capital Services | Unsecured | 5,181.05 | 5,617.24 |
| 9. | TSYS Total Debt Management | Unsecured | 997.99 | 1,082.00 |
| 10. | Resurgent Capital Services | Unsecured | 5,948.85 | 6,449.75 |
| 11. | Brylane Home | Unsecured | | No Claim Filed |
| 12. | Chase Advantage Credit | Unsecured | | No Claim Filed |
| 13. | Lane Bryant | Unsecured | | No Claim Filed |
| | | | $ 54,057.80 | $ 55,788.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 894.01 |
| 5% | 220.80 |
| 4.8% | 459.28 |
| 5.4% | 1,071.64 |
| 6.5% | 579.53 |
| 6.6% | 0.99 |
| | $ 3,226.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bonk, Theresa Mary | Case Number:  05 B 30825 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/10/09 | Filed:  8/5/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

       Marilyn O. Marshall, Trustee, by: